ACCEPTED
01-15-00393-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/21/2015 3:30:36 PM
CHRISTOPHER PRINE
CLERK

## No: 01−15−00393−CR

In the

## *Court of Appeals*

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/21/2015 3:30:36 PM
CHRISTOPHER A. PRINE
Clerk

### FIRST DISTRICT OF TEXAS

Houston, Texas

_____

### CHRISTOPHER ERNEST BRAUGHTON
**Appellant,**

**v.**

### THE STATE OF TEXAS
**Appellee.**

_____

Appealed from the 228th Judicial District Court of
Harris County, Texas, the Honorable Marc Carter, Presiding

_____

### MOTION TO EXTEND TIME TO FILE BRIEF BY TEN DAYS

_____

Niles Illich
SBOT: 24069969
Law Office of Niles Illich, Ph.D., J.D.
701 Commerce Street
Suite 400
Dallas, Texas 75202
Telephone: (972) 802 − 1788
Facsimile:  (972) 682 – 7586
Email: Niles@appealstx.com


### ATTORNEY FOR APPELLANT
### CHRISTOPHER ERNEST BRAUGHTON

**To the Honorable Justices of the First Court of Appeals**:

Appellant, Christopher Ernest Braughton files this, his Motion to Extend Time to File Brief by Ten Days.

Christopher Braughton asks this Court to grant his attorney ten additional days to file Appellant's brief, making it due on Sunday, October 4, 2015.

## Motion to Extend Time to File Brief

Braughton requests that his attorney receive an additional ten days in which to file his brief, making it due on Sunday, October 4, 2015.

### Introduction

1. Appellant is Christopher Braughton and the Appellee is the State of Texas. This appeal concerns an appeal of a conviction for murder.

2. Appellant was tried in 228th Judicial District Court of Harris County, Texas.

### Argument and Authorities

3. There is no specified deadline to file a motion to extend time to file an appellant's brief.[1]

4. Appellant's brief is due on Thursday, September 24, 2015.

5. Braughton, under his previous attorney, received one previous extension of time.

---

[1] TEX. R. APP. P. 38.6(d).

6. Counsel asks for this extension of time because he is completing a brief in cause number 09−15−00159−CR which is due on September 23, 2015. This brief concerns a combat veteran who was injured in Afghanistan but who has been convicted of several criminal offenses since being discharged from the Army. This brief included a lengthy motion for new trial and argues that the trial counsel was constitutionally ineffective. Additionally, counsel filed two briefs on September 15, 2015 (cause numbers 05-15-00886-CV and 05-14-01606-CR) and on that same day participated in an oral argument as the Appellee/Cross-Appellant in a seven-issue brief in cause number 05-14-00810-CV.

7. Braughton's brief is nearly complete and contains three issues. Counsel asks for ten additional days so that the issues may be refined and so that the cases and record citations can be verified. No additional requests for time will be made.

Prayer and Conclusion

8. Braughton requests that this Court grant his counsel an additional ten days in which to file his brief. This extension will make the brief due on Sunday, October 4, 2015. There is no reason to believe that further extensions will be requested.

3

Respectfully Submitted,


/s/ Niles Illich
Niles Illich
The Law Office of Niles Illich, Ph.D., J.D.
701 Commerce Street
Suite 400
Dallas, Texas 75202-4518
Direct:  (972) 802-1788
Fax:     (972) 236-0088
Email: Niles@appealstx.com


## CERTIFICATE OF CONFERENCE

On September 21, 2015 Niles Illich spoke with Eric Kugler of the Appellate Division of the Harris County District Attorney's Office concerning this Motion. Mr. Kugler stated that he is unopposed to this Motion.

/s/ Niles Illich
Niles Illich

## CERTIFICATE OF SERVICE

This is to certify that, on September 21, 2015, a true and correct copy of this

Motion to Substitute Counsel has been served on:

**VIA ELECTRONIC SERVICE**
Harris County District Attorney's Office
Alan Curry
1201 Franklin Street
Suite 600
Houston, Texas 77002-1923
Electronic Mail: Alan.Curry@dao.hctx.net

**VIA FIRST CLASS POST**
Christopher Ernest Braughton
Texas Department of Criminal Justice
Holliday Unit
295 I.H. 45 North
Huntsville, TX 77320-8443
TDCJ No.: 01982320


/s/ Niles Illich
Niles Illich